IN THE SUPREME COURT OF TEXAS









IN THE SUPREME COURT OF TEXAS

 

════════════

No. 06-0491

════════════

 

In re Baylor Medical Center at
Garland, Relator

 

════════════════════════════════════════════════════

On Petition for Writ of
Mandamus

════════════════════════════════════════════════════

 

 

Argued September 27, 2007

 

 

 

            Justice
O’Neill, joined by Chief Justice
Jefferson, Justice Medina,
and Justice Green, dissenting.

 

            For
the reasons expressed today in my dissenting opinion in In
re Columbia Medical Center of Las Colinas, Cause No. 06-0416, I
respectfully dissent.

 

 

                                                                        ___________________________________

                                                                        Harriet
O’Neill

                                                                        Justice

 

OPINION DELIVERED: 
July 3, 2009